OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI, CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California  90071
Telephone:  213-239-9800
Facsimile:   213-239-9045

Attorneys for Defendant
SPROUTS FARMERS MARKET, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amber Gilles,<br><br>    Plaintiff,<br><br>  v.<br><br>Sprouts Farmers Market, Inc. and Does 1 through 20, Inclusive,<br><br>    Defendants. | Case No. 3:20-cv-02131-GPC-JLB<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. PROC. RULE 4(M)**<br><br>[*Filed concurrently with Memorandum of Points and Authorities; Declaration of Brandon Lombardi; and Request For Judicial Notice*<br><br>Date:   April 30, 2021<br>Time:   1:30 p.m.<br>Place:   Courtroom 2D<br><br>Complaint Filed:<br>Trial Date:   None<br>District Judge: Hon. Gonzalo P. Curiel<br>Magistrate Judge:Hon Jill L. Burkhardt |

46310253_1.docx

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AMBER GILLES AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, on April 30, 2021 at 1:30 p.m., or as soon after that as the matter may be heard, before the Honorable Gonzalo P. Curiel in Courtroom 2D of the above-entitled Court, located at 221 West Broadway, San Diego, California 92101, defendant SF Markets, LLC ("Sprouts," erroneously named as "Sprouts Farmers Market, Inc.") will and hereby does move the Court for an Order dismissing the Complaint of plaintiff Amber Gilles for failure to serve Sprouts within ninety (90) days.

This Motion is based on this Notice and the accompanying Memorandum of Points and Authorities, the Declaration of Brandon Lombardi, the Request for Judicial Notice, the record as a whole, and upon such further oral and documentary evidence and argument as may be presented at or before the time of the hearing.

Respectfully submitted,

DATED: March 10, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ David Raizman
David Raizman
Amber L. Roller
J. Nicholas Marfori

Attorneys for Defendant
SPROUTS FARMERS MARKET, INC.

46310253.1