OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI, CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California  90071
Telephone:  213-239-9800
Facsimile:   213-239-9045

Attorneys for Defendant
SPROUTS FARMERS MARKET, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amber Gilles,<br><br>            Plaintiff,<br><br>      v.<br><br>Sprouts Farmers Market, Inc. and Does 1 through 20, Inclusive,<br><br>            Defendants. | Case No. 3:20-cv-02131-GPC-JLB<br><br>**DECLARATION OF BRANDON LOMBARDI IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. PROC. RULE 4(M)**<br><br>*[Filed concurrently with Notice of Motion to Dismiss; Memorandum of Points and Authorities; and Request for Judicial Notice]*<br><br>Date:            April 30, 2021<br>Time:           1:30 p.m.<br>Place:          Courtroom 2D<br><br>Complaint Filed: October 30, 2020<br>Trial Date:           None<br>District Judge:      Hon. Gonzalo P. Curiel<br>Magistrate Judge: Hon. Jill L. Burkhardt |

46329705_1.docx

## **DECLARATION OF BRANDON LOMBARDI**

I, Brandon Lombardi, declare and state as follows:

1.      I am the Chief Legal Officer for defendant SF Markets, LLC ("Sprouts," erroneously sued at "Sprouts Farmers Market, Inc.") and have held this position since January 2012.  I make this declaration in support of Sprouts' Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure (the "Motion").  The facts set forth in this declaration are true of my own personal knowledge.  If called upon to testify to those facts, I could do so competently.

2.      Corporate Service Company ("CSC") is Sprouts' registered agent in the state of California.  CSC has been Sprouts' registered agent since prior to October 30, 2020.

3.      Sprouts' Corporate Support Office is located at 5455 East High Street, Phoenix, Arizona.  Sprouts' Corporate Office has remained open, staffed with a receptionist, and available for acceptance of service during normal, weekday business hours at all times from October 30, 2020 to the present.

4.      On February 17, 2021, Plaintiff sent a process server to my personal residence. I am not a party to this lawsuit or named or identified in the Complaint. My personal address is not listed on Sprouts' website or publicized by the Company.

I declare under penalty of perjury under the laws of the State of California that the facts stated above are true and correct.

Executed this 10th day of March 10, 2021, at Phoenix, Arizona.

_____