1 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2 | DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
3 | AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
4 | J. NICHOLAS MARFORI, CA Bar No. 311765
5 | nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
6 | Los Angeles, CA  90071
Telephone:  213-239-9800
7 | Facsimile:   213-239-9045

8 | Attorneys for Defendant
SPROUTS FARMERS MARKET, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Amber Gilles<br><br>         Plaintiff,<br><br>    v.<br><br>Sprouts Farmers Market, Inc. and Does 1 through 20, Inclusive,<br><br>         Defendants. | Case No. 3:20-cv-02131-GPC-JLB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. RULE 4(M)**<br><br>Date:       April 30, 2021<br>Time:       1:30 p.m.<br>Place:      Courtroom 2D<br><br>[*Filed concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; and Declaration of Brandon Lombardi*]<br><br>Complaint Filed:  October 30, 2020<br>Trial Date:          None<br>District Judge:    Hon. Gonzalo P. Curiel<br>Magistrate Judge:  Hon. Jill L. Burkhardt |

46330356_1.docx

Case No. 3:20-cv-02131-GPC-JLB
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 4(M)

1. Defendant SF Markets, LLC ("Sprouts," erroneously sued as "Sprouts Farmers Market, Inc.") hereby requests that this Court take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence of the following matters in connection with Sprouts' Motion to Dismiss Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure:

1. On November 18, 2020, Plaintiff and her counsel gave an interview to *The Times of San Diego*. A copy of that article can be found on *The Times'* public website at https://timesofsandiego.com/business/2020/11/18/anti-masker-amber-gilles-sues-sprouts-after-clairemont-store-denied-her-entry/. Attached as **Exhibit "1"** to this Request for Judicial Notice is a true and correct copy of this article as posted on *The Times'* website.

2. The article identifies Erik Nowacki as Plaintiff's lead attorney. Speaking on behalf of Plaintiff, Mr. Nowacki stated that he expected a "legal response" from Sprouts by Thanksgiving, 2020.

3. Thanksgiving occurred on November 26, 2020.

The Court may take notice of matters that are generally known within the trial court's territorial jurisdiction or are capable of accurate and ready determination from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. Rule 201(b). Public websites may be judicially noticed. *Caldwell v. Caldwell*, No. 05–4166, 2006 WL 618511, at *4 (N.D. Cal. Mar. 13, 2006) (citing *Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 965 (C.D. Cal. 2005) (recognizing that "websites and their contents may be proper subjects for judicial notice" where party "supplied the court with hard copies of the actual web pages of which they sought to have the court take judicial notice"); *Perkins v. LinkedIn Corp.*, 53 F. Supp. 3d 1190, 1205 (N.D. Cal. 2014) (taking judicial notice of LinkedIn page); *Lindora, LLC v. Limitless Longevity LLC*, No. 15-CV-2847-JAH (KSC), 2016 WL 6804443, at *3 (S.D. Cal. Sept. 29, 2016) (taking judicial notice of party's "social media accounts" as

46330356_1.docx

1   Case No. 3:20-cv-02131-GPC-JLB
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO F.R.C.P. RUE 4(M)

"publicly accessible webpages"). Accordingly, the Court may take judicial notice of the matters set forth in this Request.

DATED: March 10, 2021

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Amber L. Roller
David Raizman
Amber L. Roller
J. Nicholas Marfori

Attorneys for Defendant
SPROUTS FARMERS MARKET, INC.

46330356.1

2   Case No. 3:20-cv-02131-GPC-JLB
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO F.R.C.P. RUE 4(M)
46330356_1.docx