UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER GILLES,<br><br>                        Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKET, INC.; and DOES 1 through 20, inclusive,<br><br>                      Defendants. | Case No.: 20-cv-2131-GPC-JLB<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT SPROUTS FARMERS MARKET, INC.'S MOTION TO DISMISS**<br><br>**[ECF No. 3]** |

    On March 10, 2021, Defendant Sprouts Farmers Market, Inc. filed a Motion to Dismiss. ECF No. 3. The Court will set the following briefing schedule. Any opposition shall be filed on or before March 24, 2021. Any reply shall be filed on or before March 31, 2021. A hearing on this matter is scheduled for April 30, 2021 at **1:30 PM in Courtroom 2D**.

    **IT IS SO ORDERED.**

Dated: March 11, 2021

Hon. Gonzalo P. Curiel
United States District Judge