# EXHIBIT A



brandon lombari home address arizona

All   News   Images   Shopping   Maps   More        Settings   Tools

About 61,900,000 results (0.80 seconds)

Did you mean: brandon *lombardi* home address arizona

https://nuwber.com › ... › Phoenix › 3507 E Coolidge St

### Brandon F Lombardi, (602) 682-1417, 3507 E Coolidge St ...

Current **address**. 3507 E Coolidge St, **Phoenix, AZ**, 85018-3427 · Fact File · Personal info · phone numbers · **Address** · Past **addresses** · Neighbors for **Brandon** F ...

https://www.smartbackgroundchecks.com › people › az

### Brandon Lombardi (43) in Phoenix, AZ (602)770-XXXX ...

**Brandon Lombardi** is living on 3507 E Coolidge St in **Phoenix,AZ** currently. Full **address**, phone, email history available - SmartBackgroundChecks.

Exhibit A, Page 3