OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI, CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California  90071
Telephone:   213-239-9800
Facsimile:    213-239-9045

Attorneys for Defendant
SPROUTS FARMERS MARKET, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amber Gilles<br><br>            Plaintiff,<br><br>     v.<br><br>Sprouts Farmers Market, Inc. and Does 1 through 20, Inclusive,<br><br>            Defendants. | Case No. 3:20-cv-02131-GPC-JLB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. RULE 12(B)(6)**<br><br>Date:        May 14, 2021<br>Time:       1:30 p.m.<br>Place:      Courtroom 2D, 2nd Floor<br><br>[*Filed concurrently with Notice of Motion and Motion to Dismiss and Memorandum of Points and Authorities*]<br><br>Complaint Filed: October 30, 2020<br>Trial Date:          None<br>District Judge:    Hon. Gonzalo P. Curiel<br>                              Courtroom 2D, Schwartz<br>Magistrate Judge: Hon. Jill L. Burkhardt<br>                              Courtroom Suite 5140, Schwartz |

Case No. 3:20-cv-02131-GPC-JLB
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12(B)(6)

46344309_1.docx

1  Defendant SF Markets, LLC ("Sprouts," erroneously sued as "Sprouts Farmers Market, Inc.") hereby requests that this Court take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence of the following matters in connection with Sprouts' Motion to Dismiss Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure:

1. Sprouts has implemented a policy regarding the use of face coverings in all Sprouts' stores that can be found on Sprouts' public website at https://www.sprouts.com/covid-19/. Attached as **Exhibit "1"** to this Request for Judicial Notice is a true and correct copy of Sprouts' face covering policy located at: https://www.sprouts.com/covid-19/.

2. In June, 2020, the *New York Post* published an article on its public website regarding the backlash following a June, 2020 Facebook post by Plaintiff that included a photograph of Starbucks barista Lenin Gutierrez, whom Plaintiff alleged had refused to serve her because she was not wearing a mask. Plaintiff's Facebook post stated "Meet lenen from Starbucks who refused to serve me cause I'm not wearing a mask. Next time I will wait for cops and bring a medical exemption." A copy of this article can be found on the *New York Post's* public website at https://nypost.com/2020/06/25/starbucks-barista-who-refused-karen-without-mask-gets-21k/. Attached as **Exhibit "2"** to this Request for Judicial Notice is a true and correct copy of this article as posted on the *New York Post's* website.

3. In July, 2020, the *New York Post* published another article detailing Plaintiff's claims that she was entitled to half of the GoFundMe donations raised for the barista who would not serve her. A copy of this article can be found on the *New York Post's* public website at https://nypost.com/2020/07/15/starbucks-karen-wants-half-of-donations-for-barista-who-didnt-serve-her/. Attached as **Exhibit "3"** to this Request for Judicial Notice is a true and correct copy of this article as posted on the *New York Post's* website.

4. Plaintiff filed a lawsuit against the individual who started the

46344309_1.docx

1   Case No. 3:20-cv-02131-GPC-JLB
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO F.R.C.P. RUE 12(B)(6)

1  GoFundMe campaign on behalf of the *barista*, claiming a misappropriation of her
2  name and likeness and similar claims.  A copy of the Complaint, filed in *Amber Lynn*
3  *Gilles v. Matthew Cowan, et al.,* Cal. Super. Ct., San Diego Cty., Case No. 37-2021-
4  00008108-CU-DF-CTL is attached as **Exhibit "4"** to this Request for Judicial
5  Notice.
6         5.     In August, 2020, the *Times of San Diego,* published an article regarding
7  Plaintiff's leadership role in a "Burn Your Mask Bonfire" in Mission Bay,
8  California.  A copy of that article can be found on *The Times'* public website at
9  https://timesofsandiego.com/life/2020/08/06/burn-your-mask-bonfire-set-by-anti-
10 masker-amber-gilles-of-starbucks-clash/.  Attached as **Exhibit "5"** to this Request for
11 Judicial Notice is a true and correct copy of this article as posted on *The Times'*
12 website.
13        6.     On November 18, 2020, Plaintiff and her counsel gave an interview to
14 *The Times of San Diego*.  A copy of that article can be found on *The Times'* public
15 website at https://timesofsandiego.com/business/2020/11/18/anti-masker-amber-
16 gilles-sues-sprouts-after-clairemont-store-denied-her-entry/.  Attached as **Exhibit**
17 **"6"** to this Request for Judicial Notice is a true and correct copy of this article as
18 posted on *The Times'* website.
19        7.     The article identifies Erik Nowacki as Plaintiff's lead attorney.
20 Speaking on behalf of Plaintiff, Mr. Nowacki stated that he expected a "legal
21 response" from Sprouts by Thanksgiving, 2020.
22        8.     Thanksgiving occurred on November 26, 2020.
23        9.     The United States Center for Disease Control and Prevention ("CDC")
24 published the following guidance on the CDC's public website at
25 https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover-
26 guidance.html.  Attached as **Exhibit "7"** to this Request for Judicial Notice is a true
27 and correct copy of this page of the CDC's public website.
28

46344309_1.docx

2                            Case No. 3:20-cv-02131-GPC-JLB
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO F.R.C.P. RUE 12(B)(6)

1    10.    The CDC published *Science Brief: Community Use of Cloth Masks to Control the Spread of SARS-CoV-2* to the CDC's public website at https://www.cdc.gov/coronavirus/2019-ncov/more/masking-science-sars-cov2.html. Attached as **Exhibit "8"** to this Request for Judicial Notice is a true and correct copy of this brief from the CDC's public website.

11.    The CDC published the following guidance on the CDC's public website at https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/mask-fit-and-filtration.html#choosing-a-mask.  Attached as **"Exhibit 9"** to this Request for Judicial Notice is a true and correct copy of this page of the CDC's public website.

12.    The CDC has published *Press Release: CDC calls on Americans to wear masks to prevent COVID-19 spread* to its public website at https://www.cdc.gov/media/releases/2020/p0714-americans-to-wear-masks.html. Attached as **Exhibit "10"** to this Request for Judicial Notice is a true and correct copy of this press release from the CDC's public website.

13.    The CDC published the following guidance on the CDC's public website at https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/mask-fit-and-filtration.html.  Attached as **Exhibit "11"** to this Request for Judicial Notice is a true and correct copy of this press release from the CDC's public website.

14.    A copy of the California Department of Public Health's June 18, 2020 *Guidance for the Use of Face Coverings,* is available at https://www.cdph.ca.gov/Programs/CID/DCDC/CDPH%20Document%20Library/COVID-19/Guidance-for-Face-Coverings_06-18-2020.pdf. Attached as **Exhibit "12"** to this Request for Judicial Notice is a true and correct copy of this guidance from the CDPH's public website.

15.    A copy of the California Department of Public Health's November 16, 2020 *Guidance for the Use of Face Coverings* is available at https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/COVID-19/guidance-for-

46344309_1.docx

3    Case No. 3:20-cv-02131-GPC-JLB
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO F.R.C.P. RUE 12(B)(6)

1  face-coverings.aspx. Attached as **Exhibit "13"** to this Request for Judicial Notice is a true and correct copy of this guidance from the CDPH's public website.

16.   A copy of San Diego County's February 6, 2021 *Order of the Health Officer and Emergency Regulations* is available at https://www.sandiegocounty.gov/content/dam/sdc/hhsa/programs/phs/Epidemiology/HealthOfficerOrderCOVID19.pdf.  Attached as **Exhibit "14"** to this Request for Judicial Notice is a true and correct copy of the order from the County's public website.

17.   A copy of San Diego County's July 30, 2020 *Order of the Health Officer and Emergency Regulations* is available at https://www.sandiegocounty.gov/content/dam/sdc/hhsa/programs/phs/Epidemiology/covid19/covid19PHOrders/PUBLIC_HEALTH_ORDER_EFFECTIVE_DATE_07.30.20_EXECUTED_DATE_07.29.20.pdf. Attached as **Exhibit "15"** to this Request for Judicial Notice is a true and correct copy of the order from the County's public website.

18.   A copy of San Diego County's May 1, 2020 *Order of the Health Officer and Emergency Regulations* is available at https://www.sandiegocounty.gov/content/dam/sdc/hhsa/programs/phs/Epidemiology/covid19/covid19PHOrders/PUBLIC_HEALTH_ORDER_EFFECTIVE_DATE_05.01.20_EXECUTED_DATE_04.30.20.pdf. Attached as **Exhibit "16"** to this Request for Judicial Notice is a true and correct copy of the order from the County's public website.

19.   A copy of the Governor of Texas's Executive Order No. GA-34 is available at https://open.texas.gov/uploads/files/organization/opentexas/EO-GA-34-opening-Texas-response-to-COVID-disaster-IMAGE-03-02-2021.pdf.  Attached as **Exhibit "17"** to this Request for Judicial Notice is a true and correct copy of the order from the state of Texas's public website.

46344309_1.docx

4   Case No. 3:20-cv-02131-GPC-JLB
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO F.R.C.P. RUE 12(B)(6)

20. Sprouts' public website includes a section where customers can place online orders for pickup or delivery at https://shop.sprouts.com/. This section of the website contains an entire tab devoted to purchasing beer and wine at https://shop.sprouts.com/shop/categories/269. Attached as **Exhibit "18"** to this Request for Judicial Notice is a true and correct copy taken by screenshot of these two pages.

The Court may take notice of matters that are generally known within the trial court's territorial jurisdiction or are capable of accurate and ready determination from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. Rule 201(b). Public websites may be judicially noticed. *Caldwell v. Caldwell*, No. 05–4166, 2006 WL 618511, at *4 (N.D. Cal. Mar. 13, 2006) (citing *Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 965 (C.D. Cal. 2005) (recognizing that "websites and their contents may be proper subjects for judicial notice" where party "supplied the court with hard copies of the actual web pages of which they sought to have the court take judicial notice"); *Perkins v. LinkedIn Corp.*, 53 F. Supp. 3d 1190, 1205 (N.D. Cal. 2014) (taking judicial notice of LinkedIn page); *Lindora, LLC v. Limitless Longevity LLC*, No. 15-CV-2847-JAH (KSC), 2016 WL 6804443, at *3 (S.D. Cal. Sept. 29, 2016) (taking judicial notice of party's "social media accounts" as "publicly accessible webpages"). Accordingly, the Court may take judicial notice of the matters set forth in this Request.

DATED: April 1, 2021

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Amber L. Roller
David Raizman
Amber L. Roller
J. Nicholas Marfori

Attorneys for Defendant
SPROUTS FARMERS MARKET, INC.

46344309_1.docx

5   Case No. 3:20-cv-02131-GPC-JLB
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO F.R.C.P. RUE 12(B)(6)