# EXHIBIT 1







## How We're Staying Well



**Tips from our Vitamin Team Members**
Learn how our Vitamin team members have adapted to their new routines and what vitamins and supplements they're using to feel their best every day.

LEARN MORE



**Resources for a Healthy Workplace**
It's important to take care of each other—that's why we've stocked our break rooms with immune-boosting supplements, water and fresh produce to help our team members stay well.

LEARN MORE



### While You're Home …
We know you're adapting to being home more than ever and want you to know that our team at Sprouts is here to help. Explore simple kitchen tips, healthy meal ideas and ways to take good care of you and your family, naturally.

VIEW RECIPES & TIPS

"Wonderful market whose open space feels welcoming … Very pleased and proud to call it my favorite place to get wholesome food."
– Darrel

"The San Diego Clairemont team is a great crew. They're working long hours, but they always have a smile for their customers."

"If I were to rate who did it best, Sprouts wins, hands down. Friendly, welcoming people greeted us outside, offered sanitized carts."
– Debbie

## FAQS

**— What is your policy for face coverings in store?**

The health and safety of our team members and customers is our first priority. In light of recommendations from health officials and public health agencies regarding the use of face coverings to help prevent the spread of COVID-19, we require all individuals over the age of 2 to wear face coverings while inside our stores. This policy is posted and communicated to all customers at store entrances.

We have face coverings available at store entrances for customers who do not have their own. Although we encourage our guests to wear face coverings in accordance with public health recommendations, we are also allowing face shields in our stores.

If you are medically unable to wear a face covering or face shield, you may contact your store to arrange a personal shopper. A Sprouts team member will shop for your items and coordinate payment, which includes EBT as a form of payment. Additionally, for those customers unable to wear a face covering or face shield, we also offer free curbside pickup. Please click HERE to sign up for your accommodation promo code.

If you are unwilling to wear a face covering or face shield, we kindly ask you to consider our alternative shopping options, including online ordering for curbside pickup or delivery at shop.sprouts.com.

We thank you for your continued cooperation and commitment to the health and safety of our communities during this time.

**— What if one of your team members tests positive for COVID-19?**

Transparency about matters of health and safety is critical. We will share details about confirmed cases of COVID-19 in our workforce here.

**— What are you doing for your team members?**

We're so grateful for our dedicated team members that are committed to serving our communities, day in and day out. We have never stopped caring for our team members, and in 2020 we paid our store teams more than $100 million in bonuses; invested more than $12 million in COVID protective measures including plexiglass partitions, PPE, enhanced cleaning, wellness kits, and store security; and provided more than $12 million in financial support to team members through our disaster relief fund. View all our team member benefits surrounding COVID here.

**— Are you offering adjusted or special shopping hours?**

We're open daily from 7am – 10pm.

Some customers have asked about special shopping hours for elderly guests. We're dedicated to serving our customers during this unprecedented time and have given a great deal of consideration to this matter. Special shopping hours can result in long entry lines and crowding, which conflicts with social distancing recommendations for the elderly and at-risk groups. To best serve everyone in our communities, we've invested in more staffing to maintain our focus on customer service and to provide a clean and safe shopping environment. We're also implementing new checkout measures that encourage customers to maintain a healthy distance from one another, and also installing plexiglass barriers to reduce contact with team members.

Store hours in Los Angeles, Los Angeles County, McAllen, Texas and Santa Fe, N.M. follow local ordinances and are reflected on individual store pages here.

**— What sanitation and social distancing measures are you taking in store to promote the health and safety of customers and team members?**

The health and safety of guests like you, and our dedicated teams that serve you, remains our priority. We are closely following health authority guidelines and are regularly providing our store teams the latest safety guidance.

Customers are required to wear masks or face coverings while shopping in store. For those who cannot wear a face covering, home delivery and curbside pickup services are available by visiting sprouts.com/order.

All store team members must complete a health questionnaire and have their temperature checked before every shift. They are also required to wear masks on every shift, while team members in produce, meat, deli, bakery and bulk are required to wear gloves.

In addition to our regular food safety and cleaning procedures, we have invested additional labor hours into our stores to allow for more frequent cleaning, paying close attention to high touch areas such as service counters, restrooms, carts and checkout lanes.

Stores are implementing steps to promote social distancing throughout, including floor markers at register lines encouraging six feet of space between shoppers, and have installed plexiglass register barriers for added protection during checkout. Additionally, store managers will regulate the number of shoppers inside the event that stores become crowded.

**— What products are available?**

We're committed to offering you access to the healthy foods you rely on us for during this unprecedented time. Our local teams are working hard to keep our stores stocked by working closely with our distribution center and supply chain partners to ensure regular deliveries. We're confident in our continued supply and ask you to be mindful of your neighbors when making purchases on your next visit. We will continue to offer delivery and pickup services where applicable through Instacart.

Our Bulk offerings are now available in pre-packaged bags. The following self-service areas have been closed: salad bar, olive bar, and soup bar. When possible, customers will be guided to pre-packaged items from these areas.



Exhibit 1, Page 8