# EXHIBIT 4

Michael Harrington (SBN160026)
77711 Flora Rd
Palm Desert, CA, 92260
Tel. (760) 347-4445
Fax (760) 270-9108

Attorney for Plaintiff Amber Lynn Gilles

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**02/25/2021** at 11:17:57 AM
Clerk of the Superior Court
By Aida Cruz,Deputy Clerk

## SUPERIOR COURT, COUNTY OF SAN DIEGO
## STATE OF CALIFORNIA

AMBER LYNN GILLES,

vs

MATTHEW COWAN, MERCY MEDIA and

DOES 1 to 10.

Case No.:   37-2021-00008108-CU-DF-CTL

**COMPLAINT FOR DAMAGES**
1.   **Right of Publicity Civil Code 3344**
2.   **Misappropriation of Name,
     Likeness (Common Law)**
3.   **False Light Invasion of Privacy**

**DEMAND FOR JURY TRIAL**

### I.   INTRODUCTION AND SUMMARY

1. Plaintiff Amber Gilles posted on her Facebook page about an incident at Starbucks in Sand Diego. Plaintiff was denied services by a barista. Plaintiff with the barista's permission documented the incident by taking a photograph and obtaining the baristas name.

2. Defendant Matthew Cowan who is co- founder of Mercy Media used plaintiff's Facebook post without permission and created a GoFundMe page. The GoFundMe page requested financial donations described as tips for the Starbucks barista mentioned in plaintiff's post. The GoFundMe page also used plaintiffs name and photograph without her permission   taken from her Facebook page. The GoFundMe campaign raised over one hundred thousand dollars before being discontinued. Plaintiff was described as a "San Diego Karen".

3. Plaintiff received death threats, other harassment, and lost work after being dropped from referral service for yoga instructors.

1

## II.   PLAINTIFF

4.  Plaintiff is an individual who resides in San Diego, California. She is a yoga instructor.

### III.   DEFENDANTS

5.  Matthew Cowan is an individual believed to reside in Orange County, California. Mercy Media is a company co-founded by Cowan believed to be based in Los Angeles with business nationwide.   Plaintiff is ignorant Mercy Media's type of business entity.

### IV.   JURISDICTION AND VENUE

6. California is the proper jurisdiction for state causes of action that occurred in the state. The  harm and actions occurred in San Diego County making San Diego proper venue   .

### V.  BACKGROUND AND FACTS

7.  On or about June 19, 2020, Plaintiff Amber Gilles visited a San Diego Starbucks without a mask and was served. Plaintiff does not wear a mask for medical concerns. Then on a subsequent visit on or about June 20, 2020, to the same Starbucks within a few days of the earlier visit, a young male barista was pointing and acted generally unfriendly towards her. The same barista that served her on or about June 19th. Her attempts to have a dialogue about the mask went ignored. A supervisor was not called. She was summarily denied service. She asked to document the incident with a photograph and name to which the barista agreed.

8.  On  June 22,2020 Plaintiff Amber Gilles made the following post on her personal Facebook page: "Meet Lenen from Starbucks who refused to serve me because I'm not wearing a mask. Next time, I will wait for cops and bring a medical exemption". The photograph she took of the incident was posted as well. (See **Exhibit 1**).

2

9.  On June 22, 2020, a stranger named Matthew Cowan copied and pasted plaintiff's post for her personal Facebook page and created a GoFundMe post to raise money for the barista in question. Defendant Cowan called the campaign "Tips for Lenin" (See **Exhibit 2**). Matthew Cowan is the co-founder of Mercy Media and subsequent media campaigns based on the Giles Facebook post featured not only Cowan but his company Mercy Media. "Tips for Lenin Standing up to a San Diego Karen, Matt Cowan is organizing this fundraiser, raising money for Lenin for his honorable effort standing his ground when faced with a Karen in the wild. Then plaintiff's name and photograph is posted "Amber Lynn Gilles is at Starbucks (4227 Genesee Avenue, San Diego" with her facial photograph and her Facebook post of the Starbucks incidents which she posted on her Facebook page.

10. Defendants expressed reckless disregard for the truth and as well as malice towards Plaintiff (See **Exhibit 3**).  Defendant Cowan posted some of these defamatory materials from his Linked in" social media account where he used plaintiff's image to promote Mercy Media, his company. (See **Exhibit 4**). Defendant Cowan appeared on CNN's Cuomo show and displayed plaintiff's name and image in a false light and without her consent.  Screenshot **Exhibit 5**.

11. According to Dictionary.com, "in 2020, *Karen* spread as a label used to call out white women who were captured in viral videos engaging in what are widely seen as racist acts".

12. At no time did Plaintiff Gilles consent to the use of her name, likeness, or Facebook post. In fact, Plaintiff complained that she did not consent and requested a portion of the funds raised from the defendant's media campaign based on her image, likeness and Facebook post. The media campaign raised over one hundred thousand dollars.

3

Exhibit 4, Page 17

13. In Addition, the defendant's media campaign resulted in death threats, hate mail, public scorn and termination from a professional referral website (**Exhibit 6**) from which we sought clients for her yoga business.  Samples of hate mail attached as **Exhibit 7**.

## VI. CLAIMS FOR RELIEF

## FIRST CAUSE OF ACTION

## VIOLATION OF CALIFORNIA CIVIL CODE 3344

14. Plaintiff realleges and incorporates by reference as fully set forth herein the allegations in paragraphs 1 -12 above.

15. California Civil Code 3344(a) provides:

"Any person who knowingly uses another's name, voice, signature, photograph, or likeness, in any manner, on or in products, merchandise, or goods, or for purposes of advertising or selling, or soliciting purchases of, products, merchandise, goods or services, without such person's prior consent, or, in the case of a minor, the prior consent of his parent or legal guardian, shall be liable for any damages sustained by the person or persons injured as a result thereof. In addition, in any action brought under this section, the person who violated the section shall be liable to the injured party or parties in an amount equal to the greater of seven hundred fifty dollars ($750) or the actual damages suffered by him or her as a result of the unauthorized use, and any profits from the unauthorized use that are attributable to the use and are not taken into account in computing the actual damages. In establishing such profits, the injured party or parties are required to present proof only of the gross revenue attributable to such use, and the person who violated this section is required to prove his or her deductible expenses. Punitive damages may also be awarded to the injured party or parties. The prevailing party in any action under this section shall also be entitled to attorney's fees and costs."

4

16. Defendants and each of them used Plaintiff's names, photographs, and likeness knowingly and deliberately, without the prior consent of the Plaintiff.

17. Each such use was unequivocally and directly for purposes of soliciting money.

18. Defendant's company Mercy Media and defendant as a media consultant, himself were promoted.

19. Plaintiff has suffered actual damages as a result of defendants' deliberate use of her name, likeness, and photographs.

20. Defendants engaged in outrageous conduct, carried on with willful and conscious disregard of the rights of plaintiff. Plaintiff is entitled to compensatory and punitive damages. Plaintiff is entitled to attorney fees and costs.

## SECOND CAUSE OF ACTION

## MISAPPROPRIATION OF NAME AND LIKENESS UNDER

## CALIFORNIA COMMON LAW

21. Plaintiff realleges and incorporates by reference as fully set forth herein the allegations in paragraphs 1 -19 above.

22. Defendants have and are using Plaintiff's name, identity, and personal information for commercial advantage without Plaintiff's consent.

23. Defendants' misappropriation of Plaintiff's name, photographs, personal information and likeness has resulted in injury to plaintiff.

24. Plaintiff is entitled to compensatory damages.

5

## THIRD CAUSE OF ACTION

## FALSE LIGHT INVASION OF PRIVACY

25. Plaintiff realleges and incorporates by reference as fully set forth herein the allegations in paragraphs 1 -23 above.

26. Defendants, through the above referenced media campaign and the actions in publishing it, including the content that falsely portrayed plaintiff as a saying bigoted things and being a "Karen" , things she did not say or do as falsely depicted by defendants, gave publicity to matters concerning plaintiff that unreasonably places her in a false light and violates her right to privacy.

27. The false light in which plaintiff was placed would be highly offensive to a reasonable person.

28. Defendants knew of the falsity of the publicized matter and the false light in which Plaintiff would be placed and/or acted with reckless disregard for the truth or falsity of the publicized matter and the false light in which Plaintiff would be placed.

29. As a direct and proximate result of the above-described depiction, Plaintiff has suffered and will suffer emotional distress, and has been and continues to be, embarrassed and humiliated by the false statements and implications, terrorized by death threats that she has received as a result of the false light in which she has been placed, and reasonably fears that she will be shunned, avoided, and subjected to ridicule.

30. Additionally, as a direct and proximate result of the above-described statements and depictions, Plaintiff has suffered, and may continue to suffer, significant damage to her reputation and to her livelihood, particularly among those who do not know her personally or professionally. Further, as a direct and proximate result of the above-described statements

6

Exhibit 4, Page 20

and depictions, Plaintiff has suffered, and may continue to suffer, significant damage to her personal reputation in the community. As a result of this potential damage to her reputation, Plaintiff's business and personal relationships have been, and may continue to be, adversely affected.

31. All of these above-described damages are in an amount that cannot presently be ascertained but which Plaintiff is informed and believes are in excess of the jurisdictional minimum of this Court, according to proof at trial.

32. Defendants, and each of them, have acted with knowledge that the depiction of Plaintiff was false and/or with a reckless disregard of truth or falsity. Defendants conduct was intended by them to cause injury to plaintiff and was despicable conduct carried on with a willful and conscious disregard of the rights, reputation and safety of Plaintiff. As such Plaintiff is entitled to recover punitive damages in an amount sufficient to punish defendants and deter them from such conduct in the future.

## VII.  PRAYER FOR RELIEF

1. Compensatory Damages according to proof at trial;

2. California Civil Code 3344(a) statutory $750 for each instance of publication;

3. Punitive Damages;

4. Attorney Fees.

Respectfully Submitted by,

Dated : 1 /29/ 2021

Michael Harrington,
Attorney for Plaintiff Amber Lynn Gilles

7

# EXHIBIT 1

Meet lenen from Starbucks who refused to serve me cause I'm not wearing a mask. Next time I will wait for cops and bring a medical exemption.



# EXHIBIT 2



Q Search | How it works ∨ | Start a GoFundMe | gofundme | Sign in | **Share**

# Tips for Lenin Standing Up To A San Diego Karen



 Matt Cowan is organizing this fundraiser.

Raising money for Lenin for his honorable effort standing his ground when faced with a Karen in the wild

Amber Lynn Gilles is at Starbucks (4227 Genesee Avenue, San Diego). 8 hrs - San Diego · ⊗ · · ·

Meet lenen from Starbucks who refused to serve me cause I'm not wearing a mask. Next time I will wait for cops and bring a medical exemption.

**$105,445** raised

⬆ **Share**

The organizer has currently disabled new donations to this fundraiser.

📍 **This fundraiser is located near you**

👥 Grant Howard
$5 · 5 mos

👥 Shari Thompson
$25 · 5 mos

 Peter DeSimone

Exhibit 4, Page 25




$20 · 5 mos

See all     ☆ See top donations

Please note that all donations made to this
GoFundMe are considered to be personal gifts
to Lenin Gutierrez.

## Organizer



Matt Cowan
Organizer
Irvine, CA

Contact

Created June 22, 2020
| ◇ Celebrations & Events

 Report fundraiser

 **#1 FUNDRAISING PLATFORM**

People have raised more money on GoFundMe than anywhere else.

 **GOFUNDME GUARANTEE**

In the rare case something isn't right, we will work with you to

 **EXPERT ADVICE, 24/7**

Contact us with your questions and we'll answer,

# EXHIBIT 3



**Matt Cowan**
ADA doesn't apply here, so you can shove your fake medical diagnosis up your ass.

Generally, the ADA prohibits places of public accommodation having restrictions that would limit access to an individual with a disability. However, the ADA does allow restrictions when an individual would pose a direct threat to the health or safety of others.

As of March 2020, the EEOC has declared that the COVID-19 pandemic meets the direct threat standard, based on guidance from the CDC and public health authorities regarding the risk of community spread and institution of restrictions.

Since the COVID-19 pandemic is... See More

1w   Like   Reply                                    61

 **Matt Cowan** Replied · 5 Replies



**Matt Cowan**
https://www.gofundme.com/f/tips-for-lenen-standing-up-to-a-san-diego-karen

 Write a comment...



# EXHIBIT 4







# Matt Cowan · 3rd

Digital Channel Manager and Brand Strategist for Music Artists

Mercy Agency · Arizona State University, W. P. Carey School of Business

Irvine, California, United States ·

500+ connections

**Message**  **More...**

 Like         Comment         Share

 **Matt Cowan**
Digital Channel Manager and Brand Strategist fo...
4mo

⋮

We crossed the $100,000 mark. I can't believe the kindness and generosity of people around the world donating to the GoFundMe for Lenin!

Thank you to everyone who donated and a special thanks to Leah Pezzetti and ABC 10News for the interview this morning.

Link to GoFundMe: https://lnkd.in/gH28yA4



○○ 16                                          3 Comments

 Like         Comment        Share

Exhibit 4, Page 31

# EXHIBIT 5

ity  **Articles**  **Posts**  **Documents**



## Matt Cowan · 3rd+
Digital Channel Manager and Brand
Strategist for Music Artists
7mo · Edited · 🌐

• • •

Thank you **Chris Cuomo** for closing out Cuomo
Prime Time with Lenin's story and the **GoFundMe**.
In the words of Chris Cuomo: "This i  ...see more



👍👏❤️ 21

# EXHIBIT 6



**Yoga Alliance** ●

4 hrs · ●

...

Today, we saw and were alerted to a series of insensitive and harmful social media posts and comments made by a member regarding the Black Lives Matter movement and the need to wear masks to prevent the spread of COVID-19. We want to assure our membership and the broader yoga community that the offender is not a Yoga Alliance staff member, nor on any Yoga Alliance payroll, and we as an organization are against the actions and stances they have taken. We stand with the Black Lives Matter movement as well as our member-wide Ethical Commitment, which includes a detailed and clear Code of Conduct. Any member who fails to adhere to these commitments or who displays egregious acts of hate, included under Code Principle #6 DO NOT Discriminate, will have their Yoga Alliance credentials revoked. Thank you to those of you who have brought this to our attention and to your commitment to the betterment of yoga everywhere.

OO❤ 266                    41 Comments  16 Shares

👍 Like          💬 Comment          ↪ Share

# EXHIBIT 7

O PENSYLVANIA AVE
SHINGTON DC 20500

SAN DIEGO CA 900

06 JUL 2020 PM 5 L

Amber Gilles

Amber Gilles

Ave

Amber Gilles,

People like you, people that still think the Earth is flat, are an abomination on our
society. We can't stop you from not using the brain God gave you but I am askin
as another human being, please keep your mouth shut.

Exhibit 4, Page 37





SAN DIEGO CA 920

05 JUL 2020 PM 5 L

1600 PENSYLVANIA AVE
WASHINGTON DC 20500

Amber Gilles

AVE

Amber Gilles,

People like you, people that still think the Earth is flat, are an abomination on our society. We can't stop you from not using the brain God gave you but I am asking you as another human being, please keep your mouth shut.



# Le Don

VIEW PROFILE

7:29 PM

   I hope you die of corona you entitled white bitch.

Fuck your kids too

Exhibit 4, Page 40



# Mary Garcia

VIEW PROFILE

4:34 AM

 Bitch if you don't get your privileges ass back into your house or you are going to make come kick your ass

7:39 PM

 Bitch do I need to get my leash?

If you reply, Mary will be able to call you and see information like your Active Status and when you've read messages.

Exhibit 4, Page 41



# Clay On

VIEW PROFILE

10:31 AM

You selfish entitled cunt!
California roses to wear a fucking
mask you dipshit bitch.  Next time
I'd punch you I' The ugly face
whore.

 Die bitch