# EXHIBIT 5

4/1/2021 'Burn Your Mask Bonfire' Set by Anti-Masker Amber Gilles of Starbucks Clash - Times of San Diego



LIFE

# 'Burn Your Mask Bonfire' Set by Anti-Masker Amber Gilles of Starbucks Clash



by Ken Stone
August 6, 2020



Amber Lynn Gilles details plans for "Burn Your Mask Bonfire" at Ski Beach in Mission Bay. Image via Facebook

**Amber Lynn Gilles** of Clairemont, who in June became the face of the anti-maskers when she called out a Starbucks barista, will co-host a local **"Burn Your Mask Bonfire"** on Friday night.

The 6 p.m. event at **Ski Beach** in Mission Bay also will feature leaders of the anti-vaccine movement, Gilles said in a **Facebook video Thursday.**

"The bonfire is to bring awareness and to stop the discrimination, leading to COVID digital vaccine and digital currency," she said. "The little tattoo — they're already doing a trial run of it in South Africa."



Facebook event page for Friday night "Burn Your Mask Bonfire" with 36 "going" as of midnight.

Gilles also says she is assembling a "pro-medical-freedom advocate army" in San Diego.

Earlier Thursday, the mother of three says she went for a job interview on the promise she didn't have to wear a mask. But when she got to the lobby, a late-arriving interviewer balked at her face not being covered and told her to wait outside. So Gilles left.

Gilles also **videotaped a confrontation** Thursday with a Sprouts Farmers Market manager in Clairemont who wouldn't let her enter without a mask.

As a worker wiped down carts, Gilles says: "This is Sprouts, and I'm sick of it," referring to the mask requirement posted on a pink sheet outside the Genesee Avenue store.

Holding a piece of paper with writing on it, she said the document was a medical exemption that allowed her to avoid the mask requirement.

**Story continues below**


Shadows of San Diego police officer and Amber Lynn Gilles outside Sprouts Farmers Market in Clairemont. Image via Facebook


San Diego police officer examines what Amber Lynn Gilles calls her medical exemption from having to wear a face mask. Image via Facebook



Amber Lynn Gilles on Facebook video from outside Sprouts Farmers Market in Clairemont.

"You guys are going to be sued for discrimination," she said, referring to the **Americans with Disabilities Act**. "Call the cops. Lets's call the cops. Let's make a report."

After waiting a half-hour, she stopped videotaping. A later video shows her chatting with an Officer Lang outside Sprouts.

She tells the officer: "The government can tell them they'll get a $1,000 fine (for not enforcing mask rules) or a $75,000 suit (for ADA violation)," she says. "This is conditioning us for something worse."

- **Related:** **'Tools of Terror'? New Face Masks Thrown into Fire Pit at Mission Bay Park**

In a Facebook chat, Gilles told Times of San Diego that she's not done reporting the incident to Sprouts corporate officials.

"They are experiencing a lot of medical advocates calling," she said, "and I am having a hard time getting through. I did discuss this with an officer and got an incident number and his badge number."

A social activist who didn't want to be identified said a counterprotest is planned Friday night.

"The plan is to not allow their group to gather without masks endangering the public," the activist said. "Plus they are burning toxic

materials and harming the environment. It's dangerous in many ways. There may be up to a couple hundred people. With bands, guest speakers all without a permit. Her behavior is atrocious."

Gilles, in one of her videos Thursday, called herself a yoga teacher ("Not wearing your shoes is really healthy. … There's magnetic energy in the ground").



Sprouts Farmers Market on Genesee Avenue in Clairemont was scene of Amber Lynn Gilles attempt to enter without a face mask. Image via Facebook

At Sprouts, she got into a brief heated exchange with a female shopper, who referenced "hundreds of thousands" of COVID-19 deaths.

Gilles suggested in response that the dead had pre-existing conditions and said: "They're killing people with respirators. Educate yourself." She later says: "Ya know, the masks don't protect against COVID. … They cause cancer (and) kidney problems, too."

Sprouts media relations didn't respond to an email request for comment.

In her video promoting the bonfire, Gilles says: "It's not about me. **Joshua Coleman** is a big anti-vax." She says an anti-Zionist would take part as well as **Genevieve Peters**, "harassed about mask at Trader Joe's."

"We want to get together and meet your child," she says.

Via Facebook Messenger, Gilles said the idea for the bonfire was agreed on by the **Mask Free America** coalition and she's been in contact with San Diego police. Co-host is the coalition's **Brandon Ross**.

"We are doing them in as many states as we can," she said. "We are prepared for as many people are interested in going to the event. I do not believe there are any counterprotests. I have not heard anything. I am prepared."

© 2021 Times of San Diego LLC.
Proudly powered by Newspack by Automattic