# EXHIBIT 16

SUPERCEDED



# County of San Diego

**NICK MACCHIONE, FACHE**
AGENCY DIRECTOR

**HEALTH AND HUMAN SERVICES AGENCY**
PUBLIC HEALTH SERVICES
3851 ROSECRANS STREET, MAIL STOP P-578
SAN DIEGO, CA 92110-3134
(619) 531-5800 • FAX (619) 542-4186

**WILMA J. WOOTEN, M.D.**
PUBLIC HEALTH OFFICER

## ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS
(Effective May 1, 2020)

Pursuant to California Health and Safety Code sections 101040, 120175, and 120175.5 (b) the Health Officer of the County of San Diego (Health Officer) **ORDERS AS FOLLOWS**:

Effective 12:00 a.m. on Friday, May 1, 2020, and continuing until further notice, the following will be in effect for San Diego County (county):

1. All persons are to remain in their homes or at their place of residence, except for employees or customers travelling to and from essential businesses or activities as defined in section 18a, below, or to participate in individual or family outdoor activity as allowed by this Order.

2. All public or private "gatherings," as defined in section 19b below, are prohibited.

3. All businesses not meeting the definition of essential business in section 19 are referred to in this Order as "non-essential businesses" and shall be and remain closed for the duration of this Order. All essential businesses must comply with the requirements of this Order. Notwithstanding the foregoing, a non-essential business may remain open if its employees and owners can provide its services from home, including by telecommuting, without direct contact with the public.

4. All public or private schools, colleges, and universities shall not hold classes or other school activities where students gather on the school campus. Parents of minor children shall take steps to ensure said children are not participating in activities prohibited by this Order.

5. Child daycare and childcare providers shall make best efforts to operate under the following conditions: i) childcare should be carried out in stable groups of 10 or fewer ("stable" means that the same 10 or fewer children are in the same group each day); ii) children should not change from one group to another; iii) if more than one group of children is cared for at one facility, each group should be in a separate room; iv) groups should not mix with each other; and v) childcare providers should remain solely with one group of children. Employees of such businesses, but not the children being cared for, shall wear face coverings as described in section 9. Child daycare and childcare providers shall establish health check and temperature

SUPERCEDED

screening requirements to ensure children and employees with a temperature of 100 degrees or above do not enter the facility.

6. "Non-essential personnel," as defined in section 19d below, are prohibited from entry into any hospital or long-term care facility. All essential personnel who are COVID-19 positive or show any potential signs or symptoms of COVID-19 are strictly prohibited from entry into hospitals or long-term care facilities. Notwithstanding the foregoing, individuals requiring medical care for COVID-19 or related conditions may be admitted to hospitals or other medical facilities if the hospital or medical facility is appropriate for treating COVID-19 and has adequate precautions in place to protect its patients, medical personnel and staff.

7. Hospitals and healthcare providers shall take measures to preserve and prioritize resources. Hospitals and healthcare providers may authorize and perform non-emergent or elective surgeries or procedures based on their determination of clinical need and supply capacity, and where consistent with State guidance.

8. Hospitals, healthcare providers, and commercial testing laboratories shall report all COVID-19 test results to the Public Health Officer immediately after such results are received.

9. All persons two year old or older who are present in the county shall have possession of a face covering described in California Department of Public Health Face Covering Guidance issued on April 1, 2020, (available at: https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Face-Coverings-Guidance.aspx ), when they leave their home or place of residence and shall wear the face covering whenever they are in a business or within six feet of another person who is not a member of their family or household. Persons with a medical or mental health condition, or developmental disability that prevents wearing a face covering shall be exempt from this requirement.

10. All essential businesses that allow members of the public to enter a facility must prepare and post a "Social Distancing and Sanitation Protocol" on the form attached to this Order (and available at:https://www.sandiegocounty.gov/content/dam/sdc/hhsa/programs/phs/Epidemiology/covid19/SOCIAL_DISTANCING_AND_SANITATION_PROTOCOL_04022020_V1.pdf ), or on a form required by another governmental entity requiring substantially similar information, for each of their facilities open to the public in the county. The Social Distancing and Sanitation Protocol must be posted at or near the entrance of the relevant facility, and shall be easily viewable by the public and employees. A copy of the Social Distancing and Sanitation Protocol must also be provided to each employee performing work at the facility. All essential businesses shall implement the Social Distancing and Sanitation Protocol and provide evidence of its implementation to any authority enforcing this Order upon demand. The Social Distancing and Sanitation Protocol must ensure all required measures are implemented and must identify and require measures necessary to implement social distancing are implemented at each facility that will ensure social distancing and sanitation at that particular facility. If the measures identified and implemented are not effective in maintaining proper social distancing

and sanitation, the business shall promptly modify its Social Distancing and Sanitation Protocols to ensure proper social distancing and sanitation. Any business failing to successfully implement social distancing and sanitation shall be closed.

11. Effective 12:00 a.m. on Friday, May 8, 2020, each essential business shall require all employees to wear a face covering in compliance with section 9 above.

12. For Parks Only - Each public park and recreation area, shall operate in compliance with the Protocol found at https://www.sandiegocounty.gov/content/dam/sdc/hhsa/programs/phs/Epidemiology/covid19/parks-beaches-social-distancing-protocol.pdf created and implemented by the operator of the park. The public shall not congregate or participate in active sport activities at a park with the exception of members of a single family or household if authorized pursuant to the Protocol applicable to the park. Any park at which the Protocol requirements cannot be effectively implemented shall close. Recreational boating shall be allowed provided all occupants of a boat are from the same household.

13. For Beaches Only - All parking lots at public beaches shall be closed. Beaches shall be used solely for walking, running, hiking, equestrian or bicycle riding (where allowed). The public shall not congregate or participate in active sport activities at said facilities. Swimming, body surfing, boogie boarding, surfing, kite surfing, paddle boarding, kayaking, snorkeling and scuba diving from the shore may be allowed in the ocean and bays connected thereto. Beaches where social distancing requirements cannot be effectively implemented shall close. All other restrictions applicable to beaches pursuant to other sections of this Order shall remain in effect.

14. To enhance recreational opportunities in the county, private and public golf courses may be open for limited use provided the owner or operator of the golf course has completed and fully implements a Golf Course Physical Distancing & Safety Plan for San Diego County and submitted a copy of the completed form to the Public Health Officer at least two days prior to opening. Golf courses shall conduct temperature screening of all employees and customers and anyone with a temperature of 100 degrees or higher shall not be permitted to enter the facility.

15. All essential businesses that remain in operation in accordance with the Order shall make every effort to use telecommuting for their workforces.

16. A strong recommendation is made that all persons who are 65 years old or older, have a chronic underlying condition, or have a compromised immune system self-quarantine themselves at home or other suitable location.

17. All persons arriving in the county from international locations identified on the Centers for Disease Control and Prevention (CDC) Warning Level 2 or 3 Travel Advisory (available at: https://wwwnc.cdc.gov/travel/notices) shall be subject to 14-day home or other suitable location quarantine and self-monitoring.

SUPERCEDED

18. Persons who have been diagnosed with COVID-19, or who are likely to have COVID-19, shall comply with the Order of the Health Officer titled: "Isolation of All Persons with or Likely to have COVID-19", or as subsequently amended. Persons who have a close contact with a person who either has COVID-19, or is likely to have COVID-19, shall comply with the Order of the Health Officer titled: "Quarantine of Persons Exposed to COVID-19," or as subsequently amended. Both orders are available at: https://www.sandiegocounty.gov/content/sdc/hhsa/programs/phs/community_epidemiology/dc/2019-nCoV/health-order.html. If a more specific isolation or quarantine order is issued to a person, that order shall be followed.

19. For purposes of this Order:
    a. "Essential business" is any business or activity (or a business/activity that employs/utilizes workers) designated by the State Public Health Officer as "Essential Critical Infrastructure Workers" set forth in: https://covid19.ca.gov/img/Essential CriticalInfrastructureWorkers.pdf) as that list may be updated from time-to-time, and referenced in Executive Order N-33-20 issued by the Governor of the State of California. For the purposes of this Order, the following businesses in the Food and Agriculture Sector are considered "groceries" or "other retail that sells food and beverages": grocery stores, corner stores and convenience stores, liquor stores that sell food, farmer's markets, food banks, farm and produce stands, supermarkets, big box stores that sell groceries and essentials, or similar business that sell food so long as the store has a current permit related to the sale of food and/or beverages from the San Diego County Department of Environmental Health.
    b. "Gathering" is any event or convening that brings together more than one person in a single room or single indoor or outdoor space at the same time, including people in multiple vehicles in one location. A gathering does not include:
        i. A gathering consisting only of members of a single family or household.
        ii. Operations at airports, public transportation or other spaces where persons in transit are able to practice social distancing.
        iii. Operations at essential businesses as defined in section 18a above and where the other requirements set forth in this Order are followed.
    c. "Long term care facility" is a facility serving adults that require assistance with activities of daily living, including a skilled nursing facility, and that is licensed by the California Department of Community Care and Licensing, or the California Department of Public Health.
    d. "Non-essential personnel" are employees, contractors, or members of the public who do not perform treatment, maintenance, support, or administrative tasks deemed essential to the healthcare mission of the long-term care facility or hospital. Non-essential personnel do not include first responders, nor State, federal, or local officials, investigators, or medical personnel carrying out lawful duties. Non-essential personnel do not include visitors to hospitals and long-term care facilities who are granted entry by the facility's director, or designee, because they are family or friends who are visiting a resident in an end of life or similar situation, are parents or guardians visiting a child who is a patient, or because of any other circumstances deemed appropriate by the facility director, or designee, and where appropriate precautions by the facility that

SUPERCEDED

      follow federal, State, and local public health guidance regarding COVID-19 are followed.

    e. "Social distancing" is maintaining a six-foot separation from all persons except for household members, first responders and medical providers or employees conducting temperature screening.

20. This Order is issued as a result of the World Health Organization's declaration of a worldwide pandemic of COVID-19 disease, also known as "novel coronavirus."

21. This Order is issued based on scientific evidence regarding the most effective approaches to slow the transmission of communicable diseases generally and COVID-19 specifically, as well as best practices as currently known and available to protect vulnerable members of the public from avoidable risk of serious illness or death resulting from exposure to COVID-19. The age, condition, and health of a significant portion of the population of the county places it at risk for serious health complications, including death, from COVID-19. Although most individuals who contract COVID-19 do not become seriously ill, persons with mild symptoms and asymptomatic persons with COVID-19 may place other vulnerable members of the public—such as older adults, and those with underlying health conditions—at significant risk.

22. The actions required by this Order are necessary to reduce the number of individuals who will be exposed to COVID-19, and will thereby slow the spread of COVID-19 in the county. By reducing the spread of COVID-19, this Order will help preserve critical and limited healthcare capacity in the county and will save lives.

23. This Order is issued in accordance with, and incorporates by reference: a) the Declaration of Local Health Emergency issued by the Health Officer on February 14, 2020; b) the Proclamation of Local Emergency issued by the County Director of Emergency Services on February 14, 2020; c) the action of the County Board of Supervisors to ratify and continue both the local health emergency and local emergency on February 19, 2020; d) the Proclamation of a State of Emergency issued by the Governor of the State of California on March 4, 2020; e) Executive Order N-25-20 issued by the Governor of the State of California on March 12, 2020 which orders that "All residents are to heed any orders and guidance of state and local health officials, including but not limited to the imposition of social distancing measures, to control COVID-19"; f) Proclamation 9984 regarding COVID-19 issued by the President of the United States on March 11, 2020; g) Executive Order N-33-20 issued by the Governor of the State of California on March 19, 2020; h) the "Interim Additional Guidance for Infection Prevention and Control for Patients with Suspected or Confirmed COVID-19 in Nursing Homes" issued by the CDC; and i) COVID-19 guidance issued by the California Department of Public Health on including, but not limited to the Face Coverings Guidance issued on April 1, 2020.

24. This Order is issued to prevent circumstances often present in gatherings that may exacerbate the spread of COVID-19, such as: 1) the increased likelihood that gatherings will attract people from a broad geographic area; 2) the prolonged time period in which large numbers of people are in close proximity; 3) the difficulty in tracing exposure when large numbers of people

attend a single event or are at a single location; and 4) the inability to ensure that such persons follow adequate hygienic practices.

25. This Order is issued to provide additional protections from the spread of COVID-19 to the public who are taking advantage of opportunities for recreational activities, employees of essential businesses and their customers/clients by increasing facial covering requirements and health checks and temperature screening.

26. This Order comes after the release of substantial guidance from the Health Officer, the California Department of Public Health, the CDC, and other public health officials throughout the United States and around the world.

27. Pursuant to Health and Safety Code section 120175.5 (b) all governmental entities in the county shall take necessary measures within the governmental entity's control to ensure compliance with this Order and to disseminate this Order to venues or locations within the entity's jurisdiction where gatherings may occur.

28. Violation of this Order is subject to fine, imprisonment, or both. (California Health and Safety Code section 120295.)

29. To the extent necessary, this Order may be enforced by the Sheriff or chiefs of police pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029.

30. Once this Order takes effect it shall supersede the Amended Order of the Health Officer and Emergency Regulations dated April 24, 2020.

**IS SO ORDERED:**

Date April 30, 2020

Wilma J. Wooten, M.D., M.P.H.
Public Health Officer
County of San Diego

---

### EMERGENCY REGULATIONS

As Director of Emergency Services for the County of San Diego, I am authorized to promulgate regulations for the protection of life and property pursuant to Government Code Section 8634 and San Diego County Code section 31.103. The following shall be in effect for the duration of the Health Officer Order issued above which is incorporated in its entirety by reference:

> The Health Officer Order shall be promulgated as a regulation for the protection of life and property.

Any person who violates or who refuses or willfully neglects to obey this regulation is subject to fine, imprisonment, or both. (Government Code section 8665.)

Date: April 30, 2020

*[signature]*
Helen Robbins-Meyer
Chief Administrative Officer
Director of Emergency Services



**County of San Diego**

NICK MACCHIONE, FACHE
AGENCY DIRECTOR

HEALTH AND HUMAN SERVICES AGENCY
PUBLIC HEALTH SERVICES
3851 ROSECRANS STREET, MAIL STOP P-578
SAN DIEGO, CA 92110-3134
(619) 531-5800 • FAX (619) 542-4186

WILMA J. WOOTEN, M.D.
PUBLIC HEALTH OFFICER

# GOLF COURSE PHYSICAL DISTANCING & SAFETY PLAN FOR SAN DIEGO COUNTY

**Golf Course Name:** _____

**Facility Address:** _____

☐ All measures of the San Diego County's Social Distancing and Sanitation Protocol must be in place.

☐ This checklist represents additional requirements for golf courses to be operational in San Diego County. Post a copy of this Golf Course Physical Distancing & Safety Plan for San Diego County at each entrance to the pro shop, clubhouse and other relevant buildings.

**Measures to Protect Golf Course Staff and Golfers:**

☐ Staff members are instructed to welcome and greet everyone from a distance of six feet. There will be no physical touching permitted with any guest or fellow staff member and all must maintain six-feet distancing.

☐ Staff must be trained in regards to protocols established by the Centers for Disease Control and Prevention (CDC) and health experts. All employees must be provided the requirements of **How to Protect Yourself and Others** https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/prevention-H.pdf.

☐ All employees must follow County of San Diego and their city's requirements for face coverings and other personal protective equipment.

☐ Staff has to be trained to recognize the Symptoms of Coronavirus (COVID-19) and know how to act responsibly if they detect or exhibit symptoms according to the CDC https://www.cdc.gov/coronavirus/2019-ncov/downloads/COVID19-symptoms.pdf.

Exhibit 16, Page 123

**Measures to Protect Golf Course Staff and Golfers Continued:**

- ☐ Staff must check the temperature of each guest upon entry to the facility.

**Measures to Protect Golfer Health Off the Course:**

- ☐ If a golfer is sick or are feeling sick, they will not come to the golf course.
- ☐ Encourage all golfers to wash their hands before coming to the course.
- ☐ Hand sanitizer shall be available throughout the golf course facilities.
- ☐ Credit card or charge account payments only, no cash payments will be accepted at the counter. Guests will not need to sign credit card receipts.
- ☐ All golfers shall walk the golf course.
- ☐ Golf cart usage is prohibited.
- ☐ Golfer will handle and care for their own bags and equipment. Staff will not be allowed to handle.
- ☐ All pull carts will be washed and pre-sanitized before each use.
- ☐ Rental clubs and rental equipment will not be available.
- ☐ All golf instruction and clinics are temporarily suspended.
- ☐ Tee time intervals will be monitored to regulate the number of players on the course at one time and to ensure social distancing.
- ☐ Players may not arrive on the tee box until the previous group has left the teeing ground.

**Measures for Grab and Go Food Service at Golf Courses:**

- ☐ Food and beverage areas may only remain open for grab-and-go service or delivery.
- ☐ Food and beverage service will require credit card or charge account payments only, no cash payments will be accepted at the counter. Guests will not need to sign credit card receipts.

**Measures for Grab and Go Food Service at Golf Courses Continued:**

- ☐ To assist with physical distancing, lines must be installed with six-foot markers for guests to maintain safe social distances.
- ☐ Orders are prepared for pick up and must be taken for on-course eating only. Water dispensers are temporarily closed.
- ☐ No seating is available in food and beverage areas.
- ☐ Food and beverage staff should wash their hands and change gloves at least every 60 minutes, or as needed if contaminated.

**Measures to Protect Golfers around Clubhouse Areas:**

- ☐ Limit the number of customers in the pro shop at any one time which allows for customers and employees to easily maintain at least six-feet distance from one another at all times.
- ☐ Where appropriate, prop open doors to the pro shop, restrooms, and food and beverage areas.
- ☐ Limit the number of golfers in the restrooms and locker rooms to allow for users to easily maintain at least a six-feet distance from one another at all times.
- ☐ To assist with physical distancing, lines must be installed with six-foot markers for guests to maintain safe social distances.
- ☐ All employees must be instructed to maintain at least a six-feet distance from golfers and from other employees.

**Measures to Protect Golfer Health in Practice Areas:**

- ☐ All purchases of range balls must be made with credit card or a non-cash form of payment.
- ☐ All cups will be placed so that the ball can be retrieved without touching anything but the ball.
- ☐ Bag stands, furniture and equipment must be removed from the driving range.
- ☐ Driving ranges must space stalls appropriately to maintain safe social distancing.
- ☐ Wash range balls after they are collected; before they are returned to circulation. Golfers may only use their own golf balls on putting greens.

**Measures to Protect Golfer Health on the Course**

- [ ] Maximum of four players per tee time.
- [ ] Pull carts will be pre-positioned to maintain safe social distancing.
- [ ] Golfers are prohibited from touching flagsticks.
- [ ] All cups will be placed so that the ball can be retrieved without touching anything but the ball.
- [ ] Remove rakes from all bunkers.
- [ ] Remove golf ball washers.
- [ ] Remove any water dispensers that require contact.
- [ ] Trash cans should be touchless. Remove lids if present.
- [ ] Course restrooms can remain open provided they are cleaned frequently and follow protocols established by the CDC and health experts.
- [ ] Course staff will monitor golfer compliance of this safety plan while they are on the property.

**Measures to Protect Golfers and Staff after Completion of Play**

- [ ] Park pull carts in designated areas to maintain proper social distancing.
- [ ] Guests are asked to dispose of their own trash into garbage cans.
- [ ] Guests are encouraged to wash their hands immediately after play.
- [ ] Social or group gatherings are not permitted.
- [ ] Physical distancing will be enforced by staff.

**Measures to Increase Sanitization**

☐ Disinfecting sprays or wipes that are effective against COVID-19 are available to sanitize pull carts and frequently touched surfaces.

☐ Employee(s) are cleaning and sanitizing rental pull carts, after completion of each use.

☐ Hand sanitizer, soap and water, or effective disinfectant is available to golfers at or near each entrance of the facility, pro shop and restrooms.

☐ Staff must disinfect all high-contact surfaces frequently.

☐ Optional- Describe other measures:

Please contact the following person with any questions or comments about this Plan:

Name: _____    Phone Number: _____

The following measures shall be implemented to protect employees and golfers from transmission of coronavirus at golf courses.

Dated _____                    _____
                                     Golf Course Manager

**SUPERCEDED**

# SOCIAL DISTANCING AND SANITATION PROTOCOL - PARKS & BEACHES

Park/Beach Name:

Park/Beach Address:

*Park/Beach must implement all mandatory measures listed below and optional measures listed below, as necessary to maintain social distancing and proper sanitation in the Park/Beach.*

### A. Signage (Mandatory):

☐ Signage at each public entrance to the Park/Beach shall inform the public not to enter the facility if they have a cough or fever; maintain a minimum of six-foot distance from one another (other than family/household members).

☐ A copy of this Protocol shall be posted at each public entrance to the Park/Beach.

### B. Measures To Protect Employee Health (Mandatory):

☐ All employees shall complete a health screening prior to each shift and shall not be allowed to work if employee is exhibiting symptoms of COVID-19.

☐ All employees shall wear face coverings when within six-feet of another employee or member of the public.

☐ Break rooms, bathrooms and other common areas shall be disinfected at: least every two hours, or as needed based upon use, on the following schedule:

☐ Breakrooms:

☐ Bathrooms:

☐ Other: _____ : _____

☐ Disinfectant and related supplies are available to all employees at the following location(s):

☐ Hand sanitizer effective against COVID-19 is available to all employees at the following location(s):

**SUPERCEDED**

# SOCIAL DISTANCING AND SANITATION PROTOCOL - PARKS & BEACHES

B. **Measures To Protect Employee Health (Mandatory) Continued:**

- [ ] Soap and water are available to all employees at the following location(s):

- [ ] Copies of the Protocol have been distributed to all employees.

C. **Measures To Prevent Crowds From Gathering (Check all that apply to the Park/Beach):**

- [ ] _____ number of employees shall be present or available as needed when Park/Beach is open to the public and assigned to monitor compliance with this Protocol. (Mandatory for at least 1 employee)
- [ ] Parking limitation - reduce number of available spaces by 50% (Mandatory)
- [ ] Limit number of persons in Park/Beach at one time to _____. (Optional)
- [ ] Reservation system - require members of the public using Park/Beach to have reservation and limit number or reservation available daily to _____. (Optional)
- [ ] Limit access to seniors (60 years old or older) from the hours of _____ to _____ on the following days _____.(Optional)
- [ ] Other Measures - Described below: (Optional)

D. **Measures To Keep People At Least Six Feet Apart (Check all that apply to the facility):**

- [ ] Placing signs throughout the Park/Beach advising all members of the public (except members of single family/household) to remain at least six-feet apart. (Mandatory)
- [ ] Placing tape or markings at least six feet apart in any area where members of public may form a line. (Mandatory)
- [ ] Directional trails/paths – signs require public to travel on the following trails/paths in one direction.(Optional)
- [ ] Walker/Runner separation - the following trails/paths shall be used by walkers from _____ to _____ and by runners from _____ to _____ (Optional)
- [ ] Other Measures – Described below: (Optional)

# SOCIAL DISTANCING AND SANITATION PROTOCOL - PARKS & BEACHES

E. **Measures To Prevent Unnecessary Contact (Check all that apply to the facility):**

- [ ] All playgrounds with play equipment shall be closed. (Mandatory)
- [ ] All indoor recreational areas shall be closed. (Mandatory)
- [ ] All active sports areas, such as tennis and basketball courts, shall be limited to use by members of a single family/household. (Mandatory)
- [ ] Park/Beach employees shall verify family/household status prior to granting access to active sport area.

**Public Restrooms** (Mandatory):

- [ ] Are monitored and shall be cleaned and disinfected every two hours or as needed depending on use

OR

- [ ] Are closed

**Other Measures - Described below: (Optional)**

*Any additional measures not included here should be listed on separate pages, which the business should attach to this document.

You may contact the following person with any questions or comments about this protocol:

Name: _____    Phone Number: _____

Date of Form Completed: _____