UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER GILES,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKET, INC., and DOES 1 through 20, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-cv-2131-GPC-JLB<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>**[ECF Nos. 3, 7]** |

On April 1, 2021, Defendant Sprouts Farmers Market, Inc. ("Defendant") filed a Motion to Dismiss for Failure to State a Claim. ECF No. 7. The Court will set the following briefing schedule. Any opposition shall be filed on or before April 15, 2021. Any reply shall be filed on or before April 22, 2021.

The Court will schedule a hearing for the case on May 14, 2021 at **1:30 PM in Courtroom 2D**, in which the Court will also hear the matter concerning Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 4(m), ECF No. 3. For judicial efficiency,

///

the Court will vacate the April 30, 2021 hearing date.

**IT IS SO ORDERED.**

Dated: April 1, 2021

Hon. Gonzalo P. Curiel
United States District Judge